# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ARTURO TORRES OCHOA, | ) | |
| Plaintiff, | ) | 3:13-cv-00355-RCJ-VPC |
| vs. | ) | |
| | ) | **ORDER** |
| C. PETERSON, *et al.*, | ) | |
| Defendants. | ) | |

Arturo Torres Ochoa, an inmate at Ely State Prison, submitted a *pro se* Civil Rights Complaint (received July 1, 2013), but has not paid the required filing fee of $350. His application to proceed in *forma pauperis* is incomplete as it does not include a financial certificate signed by an authorized prison official or copies of his accounts, as required by LSR 1-3. Accordingly, this action is **DISMISSED**, without prejudice. The Clerk shall enter judgment accordingly.

Dated: This 30th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE