AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

ARTURO TORRES OCHOA,

    Plaintiff,

V.

C. PETERSON, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:13-cv-00355-RCJ-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.

October 31, 2013

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk